In The Court of Appeals

 
 
 
 
 
 
 

 
 
 

 
 
 

Henry F. Floyd, Circuit Court Judge

Submitted November 19, 2003 – Filed 
 January 21, 2004

 
 
 

 
 
 

<PER CURIAM: Scott Ellison was indicted for 
 first degree burglary by the Chesterfield Grand Jury and kidnapping, first degree 
 criminal sexual conduct, and failure to return a rented vehicle valued at more 
 than $5000.00 by the Richland County Grand Jury.  He was tried on all charges 
 together in Richland County.  During the trial, the court reduced the charge 
 for failure to return a rented vehicle to one valued at less than $1000.00, 
 finding the State failed to produce evidence of the vehicles value.  The jury 
 convicted Ellison of all charges.  The trial court sentenced Ellison to consecutive 
 sentences of thirty years each for kidnapping and criminal sexual conduct and 
 fifteen years for burglary, with credit for time served.  It imposed a concurrent 
 sentence of thirty days for failure to return a rented vehicle.  Ellison’s counsel 
 attached to the final brief a petition to be relieved as counsel stating he 
 had reviewed the record and concluded the appeal lacked merit.  Ellison did 
 not file a pro se response.
Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss Ellison’s appeal and grant counsel’s 
 petition to be relieved.